E-FILED
Tuesday, 27 October, 2015  03:33:38 PM
Clerk, U.S. District Court, ILCD

**IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| ANN, INC.,<br>  Plaintiff,<br><br>v.<br><br>J. GUERRERO TRANSPORT, LLC et al,<br>  Defendants. | Case No. 1:15-cv-1438-MMM-JEH |

### Order

The Plaintiff's Complaint (Doc. 1) asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction.  The allegations of the Complaint do not sufficiently support that assertion.

The Complaint alleges the following information about the parties. Plaintiff Ann, Inc. d/b/a Joe's Towing & Recovery is an Illinois corporation with offices in Bloomington, McLean County, Illinois.  Defendant J. Guerrero Transport, LLC is a Texas limited liability company which transacts business in McLean County, Illinois.  Defendant Cabe Fruit Produce, LLC is a Texas limited liability company which transacts business in McLean County, Illinois. Defendant La Hacienda Brands, Inc. is an Illinois corporation which transacts business in McLean County, Illinois.

First, a complaint must allege the state of incorporation *and* principal place of business for each of the named corporations, and those allegations must be based on the state of things at the time the action was brought.  28 U.S.C. § 1332(c)(1); *Grupo Dataflux v. Atlas Global Group, LP*, 541 U.S. 567, 570-71 (2004). Here, the Plaintiff states that it has offices in Bloomington, Illinois and that

Defendant La Hacienda Brands, Inc. transacts business in Illinois.  The Plaintiff does not allege its or Defendant La Hacienda Brands, Inc.'s principal places of business.

Second, citizenship for diversity purposes of a limited liability company is the citizenship of each of its members.  *Wise v. Wachovia Securities, LLC*, 450 F.3d 265, 267 (7th Cir. 2006).  Thus, the Court must know the identity of each member of Defendant J. Guerrero Transport, LLC and of Defendant Cabe Fruit Produce, LLC, as well as each member's citizenship of each of those two Defendants. *Hicklin Engineering, L.C. v. Bartell*, 439 F3d 346, 348 (7th Cir. 2006).  If applicable, the Court must also know each member's members' citizenship.  Id.

Finally, complete diversity must exist between the parties.  In other words, the citizenship of each plaintiff must be diverse from the citizenship of each defendant.  *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996); *McCready v. eBay, Inc.*, 453 F.3d 882, 891 (7th Cir. 2006).  Here, as the allegations currently provide, the Plaintiff is a citizen of Illinois and Defendant La Hacienda Brands, Inc. is also a citizen of Illinois.

Accordingly, the Plaintiff is directed to file an amended complaint that adequately alleges the factual basis for this Court's jurisdiction. The amended complaint shall be filed within 14 days of this date.

*It is so ordered.*

Entered on October 27, 2015.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE

2